UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA K. ARAGON, ANGEL BRATCHER, *individually and as Natural Parent and Guardian on behalf of* DYLAN BRATCHER,<br><br>Plaintiffs,<br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>Defendant. | Case No.:   2:13-cv-01728-GMN-GWF<br><br>**AMENDED ORDER ACCEPTING FINDINGS & RECOMMENDATIONS OF MAGISTRATE JUDGE GEORGE FOLEY, JR.** |

Before the Court for consideration is the Findings and Recommendations (ECF No. 36) of the Honorable George Foley, Jr., United States Magistrate Judge, entered December 29, 2014, regarding the Petition for Compromise of Disputed Claims of Minor (ECF No. 31) entered on December 17, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by January 15, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Foley's Recommendations should be **ACCEPTED and ADOPTED in full**.

**IT IS THEREFORE ORDERED** that the Petition for Compromise of Disputed Claim of Minor (ECF No. 31) is hereby **GRANTED**, in accordance with the Findings and Recommendations of the Honorable George Foley, Jr., United States Magistrate Judge, entered December 29, 2014 (ECF No. 36), attached hereto and incorporated herein.

**IT IS FURTHER ORDERED** that the proposed settlement of the claim against Property and Casualty Insurance Company of Hartford is approved in the sum of $9,504.00.

**IT IS FURTHER ORDERED** that the medical bill for North Vista Hospital in the amount of $677.55 shall be paid out of the settlement proceeds.

**IT IS FURTHER ORDERED** that the medical bill for Advanced Care Emergency in the amount of $261.00 shall be paid out of the settlement proceeds.

**IT IS FURTHER ORDERED** that the $9,504.00 settlement is subject to attorney's fees and costs in the amount of $3,843.76, and shall be paid from the settlement proceeds.

**IT IS FURTHER ORDERED** that the remainder of the settlement in the sum of $4,721.69 shall be paid to Petitioner for the establishment of a **BLOCKED TRUST ACCOUNT** at City National Bank, a federally insured financial institution in the State of Nevada, located at 2320 East Tropicana Avenue, Las Vegas, Nevada 89119.  Authorization to establish the **BLOCKED TRUST ACCOUNT** for the benefit of the minor shall be given to the Petitioner or a representative of the Richard Harris Law Firm.

**IT IS FURTHER ORDERED** that the funds deposited in the **BLOCKED TRUST ACCOUNT shall not be liquidated or diminished prior to March 11, 2026,** upon the minor reaching the age of eighteen (18) years, with Court approval, with a **FINAL ACCOUNTING** as to the funds and upon showing that the withdrawal is in the best interest of the minor child.

**IT IS FURTHER ORDERED** that the Petitioner shall file proof of the establishment of the **BLOCKED TRUST ACCOUNT** at City National Bank, 2320 East Tropicana Avenue, Las Vegas, Nevada 89119, **no later than April 27, 2015**.

**DATED** this 3rd day of March, 2015.

**NUNC PRO TUNC DATE:**  February 26, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court