DARREN T. BRENNER
Nevada Bar No. 8386
WILLIAM S. HABDAS
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant Property and Casualty Insurance Company of Hartford*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA K. ARAGON, individually; ANGEL BRATCHER, individually, and as Natural Parent and Guardian of D.B.[1], a minor;<br><br>Plaintiff,<br><br>v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.: 2:13-cv-01728-GMN-GWF<br><br>**STIPULATION AND ORDER TO MODIFY ORDER AND SET ASIDE JUDGMENT** |

Defendant PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, by and through its attorneys AKERMAN LLP, and Plaintiffs Diana K. Aragon and Angel Bratcher, individually and as natural parent and guardian of D.B., a minor, by and through their attorneys RICHARD HARRIS LAW FIRM, hereby stipulate and request the following:

…

…

…

---

[1] Pursuant to Fed. R. Civ. P. 5.2(a)(3), the minor plaintiff will be referred to herein by his initials, D.B.

{30429637;1}

1. On or about November 21, 2014, the parties reached a settlement as to the claims of D.B., a minor. Because D.B. was a minor, this Court's approval was required to compromise his claim. Accordingly, as part of the settlement agreement, the parties agreed that plaintiff would seek that approval.

2. Pursuant to the parties' agreement, plaintiff filed a petition to compromise D.B.'s claim. *See* ECF No. 31.

3. On Magistrate Judge George Foley, Jr. recommended that the District Court grant the petition. *See* ECF No. 40.

4. On February 26, 2015, the District Court entered its order granting the petition. The order, however, mistakenly directed the clerk to enter judgment against Hartford. The parties did not seek the entry of judgment against Hartford in the petition.

5. The mistaken entry of judgment was contrary to the agreement between the parties. The parties had agreed that the resolution of the minor's claim would be treated solely as a settlement. The parties never asked the Court to enter judgment against Hartford nor was it ever contemplated by them.

6. Accordingly, the parties stipulate and agree that the portion of the order on the compromise of minor's claim directing the clerk to enter judgment (paragraphs 20 and 21 from page two) should be stricken. All other portions of the order approving the compromise of minor's claim should remain in effect.

7. Further, the parties stipulate and agree that the clerk's judgment, ECF No. 41, should be set aside.

…

…

…

…

8.  Finally, the parties stipulate and agree that Hartford has satisfied all settlement obligations and that the disposition of this lawsuit should end in dismissal of all claims, with prejudice, and with each party responsible for its own costs and fees.

| | |
|---|---|
| DATED this 3rd day of March, 2015. | DATED this 3rd day of March, 2015. |
| **AKERMAN LLP** | **RICHARD HARRIS LAW FIRM** |
| /s/ *William S. Habdas* | /s/ *Samantha Martin* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | SAMANTHA MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* |
| *Attorneys for Defendant Property and Casualty Insurance Company of Hartford* | |

### ORDER

**UPON STIPULATION** of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Order (ECF No. 40) Accepting Magistrate Judge George Foley, Jr.'s Findings and Recommendation (ECF No. 36) and granting the Petition for Compromise of Disputed Claim of Minor (ECF No. 31) is hereby **AMENDED** to strike that portion of the Order directing the Clerk of Court to "enter judgment accordingly" and an Amended Order (ECF No. 40) Accepting Magistrate Judge George Foley, Jr.'s Findings and Recommendation (ECF No. 36) and granting the Petition for Compromise of Disputed Claim of Minor (ECF No. 31) shall be filed with the Clerk of Court.

**IT IS FURTHER ORDERED** that the Judgment entered on February 26, 2015 (ECF No. 41) shall be **STRICKEN** from the record.

**IT IS SO ORDERED** this 3rd day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

{30429637;1}                                3